# United States District Court
## For The Western District of North Carolina
## Statesville Division

ANIBAL RUBIO SERRANO,

               Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                          5:10CV47

RENOICE E. STANCIL,

               Respondent.

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2011 Order.

                        Signed: March 30, 2011

                        Frank G. Johns, Clerk
                        United States District Court